**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

CITIBANK, N.A.,                          :
    Plaintiff,                     :          CIVIL CASE NO.
                                   :          3:20-CV-298 (JCH)
v.                                       :
                                   :
INTEGRATED MEDICAL SOLUTIONS,            :          MAY 25, 2021
LLC, FRANK SARCONE                       :
    Defendants.                    :

**ORDER AND JUDGMENT**

WHEREAS, the Plaintiff, Citibank, N. A., having duly moved for an Order: (i) pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment against the Defendants, Integrated Medical Solutions LLC and Frank Sarcone, jointly and severally, on the claims set forth in the Complaint; (ii) dismissing the Defendants' Answer (the "Answer"), which contains four (4) Affirmative Defenses (the "Affirmative Defenses") on the grounds that no triable issues of fact exist; and (iii) granting such other and further relief as this Court may deem just and proper; and upon reading and filing of the Notice of Motion dated March 2, 2021, the Affidavit of Deborah Wise sworn to March 16, 2021 and the exhibits thereto, and the Affirmation of Linda Mandel Gates dated March 30, 2021 and the exhibits thereto, and the Statement of Uncontested Material Facts of the Plaintiff dated March 2, 2021, and there being no opposition of the Defendants, and upon the decision of the Court dated May 6, 2021 (Doc. No. 33),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that the plaintiff, CITIBANK, N.A., with an address at 750 Washington Blvd., 7th Floor, Stamford, CT, have judgment against, and shall recover of, Defendants, INTEGRATED MEDICAL SOLUTIONS LLC, with an address at One Atlantic Street, 7th Floor, Stamford, CT

1

06901 and FRANK SARCONE, residing at 340 Field Point Road, Greenwich, CT 06830-7055, jointly and severally, in the outstanding principal sum of $77,967.56, plus accrued interest of $2,887.79, for the period through December 30, 2019, and accrued default interest (Wall Street Journal Prime Rate plus 12.75%) as follows:  accrued interest of $2,280.28 for the period January 1, 2020 through March 2, 2020; accrued interest of $980.47 for the period March 3, 2020 through March 30, 2020; and, accrued interest of $14,149.49 for the period April 1, 2020 through May 25, 2021.  In addition, the plaintiff is awarded attorneys' fees and costs in the amount of 14,290.39; and

**IT IS HEREBY FURTHER ORDERED** that judgment shall enter in favor of the plaintiff, Citibank, N.A., against defendants Integrated Medical Solutions, LLC and Frank Sarcone, jointly and severally, in the total amount of $112,555.98, and that the Plaintiff have execution therefor.

**SO ORDERED.**

Dated at New Haven, Connecticut this 25th day of May 2021.

 /s/ Janet C. Hall
Janet C. Hall
United States District Judge

2